# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CYPALEO, LLC | § | |
| | § | |
|     Plaintiff, | § | Case No: 2:16-cv-00945-JRG |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| AVAYA, INC. | § | |
| | § | |
|     Defendants. | § | |
| _____ | § | |

**UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF AGREEMENT**

Plaintiff Cypaleo, LLC ("Cypaleo") hereby notifies the Court it and Defendant Avaya, Inc. are actively negotiating an agreement in principle that will resolve all pending claims between them and request additional time to complete that negotiation. Accordingly, Cypaleo files this unopposed motion for a stay of all pending deadlines, until and including November 10, 2016, so that the parties may finalize their agreement and submit dismissal papers accordingly. This stay is not sought for the purpose of delay but so that justice may be served.

Dated: October 11, 2016 | Respectfully submitted,

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned counsel for Plaintiff certifies that he met and conferred with counsel for Defendants on October 11, 2016 and that Defendant's counsel agrees with this motion.

*/s/ Jay Johnson*
Jay Johnson

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on October 11, 2016.

*/s/* Jay Johnson
Jay Johnson