IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CYPALEO, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-00945-JRG |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| AVAYA, INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |

### ORDER

On this day the Court considered the Unopposed Motion to Dismiss Avaya, Inc. It is therefore ORDERED that all claims by Cypaleo LLC against Avaya, Inc. hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 5th day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE